**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
THE COUNTY OF NEVADA (erroneously sued as NEVADA COUNTY SHERIFF'S DEPARTMENT, a public entity) AND KEITH ROYAL

Kerry Schaffer, SBN 84706
Law Offices of Kerry S Schaffer
3527 Hacienda Dr
Santa Rosa, CA 95405
TEL: (707) 575-4075
FAX: (707) 575-8075

Attorney for Plaintiffs
YVONEE EVANS AND WILLIAM EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONEE EVANS AND WILLIAM EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA COUNTY SHERIFF'S DEPARTMENT, a public entity, KEITH ROYAL, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants | CASE NO. 2:13-cv-01775-TLN-DAD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br><br><br><br><br>Complaint Filed: August 24, 2013 |

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), an action may be dismissed at any time "by filing a stipulation of dismissal signed by all parties who have

1

**STIPULATION OF DISMISSAL; ORDER**

appeared." A stipulation to dismiss is effective without court action to terminate a case (*Id.*)

Plaintiff filed a complaint on August 24, 2013. In response, Defendants filed a Motion to Dismiss on April 14, 2014. Plaintiff then filed Amended Complaint on May 5, 2014. Defendants Moved to Dismiss the Amended Complaint on June 19, 2014. The court granted Defendants' Motion to Dismiss in part, with respect to the First and Fourth Amendment claims against both the County and the individual defendants. The time to amend since passed.  With the dismissal of the First and Fourth Amendment claims, the only remaining claim is a state law claim alleging violation of the FEHA. No federal claims remain at issue, and accordingly, the parties have jointly decided to voluntarily dismiss the case in Federal Court, and instead file the state law claim in state court.

In accordance with this the parties agree as follows:

1) To dismiss the above captioned case without prejudice;
2) Plaintiff will have 30 days from dismissal of this action to file the remaining claim in state court, during which time Defendant agrees that any limitations period will be tolled.

Dated:  February 6, 2015                    LAW OFFICES OF KERRY S SCHAFFER


                                            By ____/s/_____
                                                Kerry Schaffer
                                                Attorney for Plaintiffs
                                                WILLIAM EVANS AND
                                                YVONNE EVANS


Dated:  February 6, 2015                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By ____/s/_____
                                                Carl Fessenden
                                                Ariana Van Alstine
                                                Attorneys for Defendants
                                                THE COUNTY OF NEVADA
                                                AND KEITH ROYAL

2

**STIPULATION OF DISMISSAL; ORDER**

**ORDER**

IT IS SO ORDERED:

Dated: February 9, 2015

_____
Troy L. Nunley
United States District Judge